UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-603-GCM

| | |
|---|---|
| REGINA BOSTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COLLECTION COMPANY OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER** is before the Court for an Order directing service of process after the filing of Plaintiff's Amended Complaint on October 10, 2012.[1] On, October 2, 2012, the Court entered an Order granting Plaintiff's Motion to Proceed in Forma Pauperis. (Doc. No. 3). The Clerk of Court is directed to notify the United States Marshal who, pursuant to FED. R. CIV. P. 4(c)(3), shall serve process upon Defendant, in accordance with FED. R. CIV. P. 4. All costs of service shall be advanced by the United States. Any recovery in this action will be subject to payment of fees and costs, including service of process fees and the $350.00 filing fee.

Signed: October 17, 2012

Graham C. Mullen
United States District Judge

---

[1] This is one of at least nine pro se actions that Plaintiff has filed in this Court in which she has sued various entities, alleging that the entities violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq., by obtaining Plaintiff's consumer credit report without a permissible purpose.