RECEIVED
OCT 18 2012

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

United States Marshals Service
Western-North Carolina

| PLAINTIFF Regina Boston | COURT CASE NUMBER 3:12-cv-00603-GCM |
|---|---|
| DEFENDANT Collection Company of America | TYPE OF PROCESS Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Collection Company of America

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
700 Longwater Drive, Norwell, MA 02061

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Regina Boston
1220 Ballina Way
Charlotte, NC 28214

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                              Fold

FILED
CHARLOTTE, NC
OCT 29 2012
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 10/17/2012 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 58 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk  Keisha M. Staton | Date 10/18/12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date 10/24/12 — Time 3:50 ☐ am ☑ pm |
| | Signature of U.S. Marshal or Deputy  N. Brittingham |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: 10/18/2012: Received and entered into JDIS. Mailed certified with return receipt requested. Postal # 7004 0550 0001 5407 0978, 449. 10/24/2012: Return receipt indicates date of service as 10/22/2012. Closed in JDIS, 285 returned.

| PRIOR EDITIONS MAY BE USED | PRINT5 COPIES: | 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285 Rev. 12/15/80 Automated 01/00 |

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Regina Boston

*Plaintiff*

v.

Collection Company of America

*Defendant*

)
)
)
)
)
)
)
)

Civil Action No. 3:12cv603 (GCM)

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

Collection Company of America
700 Longwater Drive
Norwell, MA 02061

A lawsuit has been fil...

Within 21 days after s...
days if you are the United St...
described in Fed. R. Civ. P. 1...
asbestos litigation case - you...
under Rule 12 of the Federal...
plaintiff or plaintiff's attorn...

Regina Boston
1220 Baltira Way
Charlotte, NC 2...

If you fail to respond...
the complaint. You also mu...

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Collection Company of America
700 Longwater Drive
Norwell, MA 02061

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                10-22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7004 0550 0001 5407 0978

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

Frank G. Johns, Clerk
United States District Court

Date     10/17/2012

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏    I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify):*
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                   Server's signature

                             _____
                                   Printed name and title