# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| REGINA BOSTON ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 3:12-cv-00603-GCM |
| ) | |
| COLLECTION COMPANY OF AMERICA ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

# DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

ONLY ONE FORM NEED BE COMPLETED FOR EACH NONGOVERNMENTAL PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUAL NONGOVERNMENTAL PARTIES AS WELL AS NONGOVERNMENTAL CORPORATE PARTIES. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Collecto, Inc., d/b/a EOS-CCA, f/d/b/a Collection Company of America who is     defendant                               ,
(Name of party.)           (Plaintiff/moving party or defendant)

makes the following disclosure:

1.  Is party a publicly held corporation or other publicly held entity ?
    ( ) Yes          (X) No
2.  Does party have any parent corporations ?
    (X) Yes          ( ) No
    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: EOS Holdings, USA, which is a wholly owned subsidiary of EOS BVG

3.  Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly

held entity ?
    ( ) Yes      (X) No
If yes, identify all such owners:_____

_____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation ?
    ( ) Yes      (X) No
If yes, identify entity and nature of interest:_____

| /s/Caren D. Enloe | 11/12/2012 |
|---|---|
| (Signature) | (Date) |

(02/01)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she served the foregoing document on the following via first class mail, postage prepaid as follows:

Regina Boston
1220 Ballina Way
Charlotte NC 28214

This the 12th day of November, 2012.

/s/ Caren D. Enloe
Caren D. Enloe
Of Morris, Manning & Martin, LLP
NC State Bar No. 17394
PO Box 12768
Research Triangle Park, NC 27709
Telephone: (919)806-2969
Telefacsimile: (919)806-2057
cenloe@mmmlaw.com
*Counsel for Defendant*